**United States Bankruptcy Court**
Northern District of Illinois

Tina Houston-Guider

Debtor(s)

Case No. 04-46048
Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __194.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __50.00__   Check one    ■ With the filing of the petition, or
                              ☐ On or before _____

   $ __50.00__   on or before    1/18/05

   $ __50.00__   on or before    2/15/05

   $ __44.00__   on or before    3/15/05

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date __December 14, 2004__         Signature __Tina Houston-Guider__
                                              Tina Houston-Guider
                                              Debtor

Attorney for Debtor(s)
GLENDA J. GRAY
LAW OFFICE OF GLENDA J. GRAY
330 NORTH WABASH
SUITE 2618
CHICAGO, IL 60611
312-755-1010
Fax: 312-755-1020

*FILED DEC 15 2004 KENNETH S. GARDNER, CLERK*

Official Form 3 continued
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Tina Houston-Guider**                                           Case No. _____

                                          Debtor(s)                       Chapter   **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

Date   **DEC 15 2004**

BY THE COURT

_____
KENNETH S. GARDNER, JUDGE