UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 04 B 46048
   TINA HOUSTON-GUIDER
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-7355
```

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 12/15/04 and confirmed on 02/28/05.

     2.   The case was dismissed after confirmation, 09/07/2007.

     3.   The Debtor paid a total of $  10629.50 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| ARBOR CREEK CONDO ASSOCI | SECURED | 289.42 | .00 | 111.75 |
| MONTEREY FINANCIAL SVCS | SECURED | 1800.00 | 159.33 | 705.77 |
| ROHM & HAAS EMPLOYEE CU | SECURED | 30.00 | .00 | 1.03 |
| VILLAGE OF PLAINFIELD | SECURED | 72.16 | .00 | 18.26 |
| WELLS FARGO FINANCIAL AC | SECURED | 13038.00 | 2065.24 | 4790.05 |
| CITY OF CHICAGO | UNSECURED | 200.00 | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 495.99 | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | UNSECURED | NOT FILED | .00 | .00 |
| FEINGOLD & LEVY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 184.48 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MA | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | NOT FILED | .00 | .00 |
| VANGUARD | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| CLENDA J CRAY | REIMBURSEMENT | 144.00 | .00 | 144.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | UNSECURED | 956.81 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 5051.62 | .00 | .00 |

          Summary of disbursements:

--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 15229.58 | 144.00 | 6888.90 | .00 | 22262.48 |

```
PRINCIPAL PAID          5626.86       144.00           .00           .00      5770.86
INTEREST PAID           2224.57         .00            .00           .00      2224.57
TOTAL PAID              7851.43       144.00           .00           .00      7995.43
```

The Debtor's attorney, GLENDA J GRAY                          , was allowed $   2200.00
and was paid $   2200.00 .

The Trustee received $     434.07 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 12/17/07                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE